# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DEMETRIUS LETRON HEARD**                                                              **PETITIONER**
**ADC #601345**

**VS.**               **CASE NO.: 5:12CV00091 SWW/BD**

**RAY HOBBS, Director,**                                                                **RESPONDENT**
**Arkansas Department of Correction**


## RECOMMENDED DISPOSITION

This recommended disposition ("Recommendation") has been sent to United States District Judge Susan Webber Wright.  Any party may file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than eleven (11) days from the date you receive the Recommended Disposition.  A copy will be furnished to the opposing party.   Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

Petitioner Demetrius Letron Heard filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 (docket entry #1) on March 6, 2012. At the time of filing, Mr. Heard did not file a motion to proceed *in forma pauperis* or pay the $5.00 filing fee to the Court.

On March 9, 2012, the Court ordered Mr. Heard to either file a motion to proceed *in forma pauperis* or pay the $5.00 filing fee to the Court within thirty days of entry of the order. The Court noted in the order that failure to comply would result in dismissal of this action under Local Rule 5.5(c)(2) and the Federal Rules of Civil Procedure. Mr. Heard has not paid the filing fee or filed a motion to proceed *in forma pauperis*, and the time for doing so has passed.

The Court recommends dismissal of Mr. Heard's petition for writ of habeas corpus, without prejudice.

DATED this 12th day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE