**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**DEMETRIUS LETRON HEARD**                                    **PETITIONER**
**ADC #601345**

**VS.**                    **CASE NO.: 5:12CV00091 SWW/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                              **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby

granted in favor of Respondent Ray Hobbs.  Demetrius Letron Heard's 28 U.S.C. § 2254

petition for writ of habeas corpus is DENIED, and this case is dismissed, without

prejudice.

IT IS SO ORDERED this 27th day of April, 2012.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE